IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stevens, Andrew

Printed: 02/24/09

Case Number: 08 B 24835
Judge: Goldgar, A. Benjamin
Filed: 9/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 13, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,524.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 63.19 | 0.00 |
| 3. | Sallie Mae | Unsecured | 103.87 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 252.00 | 0.00 |
| 5. | Keishena Brown | Priority | | No Claim Filed |
| 6. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 7. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 8. | Comcast | Unsecured | | No Claim Filed |
| 9. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. | Premier Credit | Unsecured | | No Claim Filed |
| 11. | Sallie Mae | Unsecured | | No Claim Filed |
| 12. | Sallie Mae | Unsecured | | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| | | | $ 3,943.06 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stevens, Andrew | Case Number:  08 B 24835 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed:  9/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*